IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | No. 4:19-cv-862<br>Judge Mazzant |
| $1,860,907.10 in UNITED STATES CURRENCY<br>Defendant | §<br>§<br>§ | |

**FINAL JUDGMENT**

By agreement of the parties, and for good cause shown, it is ORDERED that:

$950,900.00 in United States currency is forfeited in its entirety to the United States, and the United States agrees to return $910,907.10 in United States currency to MSG Leasing and Vilhauer Enterprises, as outlined in the Stipulation and Settlement Agreement;

The United States had probable cause and/or reasonable cause for the seizure of the defendant property herein, and this Judgment shall constitute a certificate of reasonable cause for the purposes of 28 U.S.C. ' 2465;

The Defendant Property is forfeited as stated above and all claims and interests in and to the Defendant Property are forever foreclosed and barred and said property shall be disposed of according to law;

The above-styled cause be and the same is hereby dismissed with prejudice, each party to bear its own fees and other expenses; and

This Court shall retain jurisdiction in this action for the purpose of enforcing the terms of the aforementioned Stipulation and Settlement Agreement.

**IT IS SO ORDERED.**

**SIGNED this 27th day of May, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE